UNITED STATES BANKRUPTCY COURT - WESTERN DISTRICT OF NEW YORK
Request for Clerk's Certificate or Certified Copy of Document

**(Part 1, Required)**
Request By: Lisa Robinson (Salvador)  Phone #: (716) 474-3257
Mailing Address: 509 Ellicott Street, Batavia NY 14020
Debtor Name: Lisa Salvador   Case Number: 16-12461   Chapter: 7

## Item(s) Requested: (Part 2, Required)

_____ Certificate of Search - $11.00

_____ *Certificate of Abandonment (Chapter 7 cases, if 11 USC 554(c) elements satisfied) - $11.00
   Property Address: _____

_____ *Certified Copy – Order of Abandonment - $11.00 plus 50 cents per page
   Property Address: _____

✓ *Certified Copy - Discharge Order - $11.00 plus 50 cents per page

_____ *Certified Copy - Dismissal Order - $11.00 plus 50 cents per page

_____ *Certified Copy – 522(f) Order - $11.00 plus 50 cents per page

_____ *Certified Copy - Docket - $11.00 plus 50 cents per page

_____ *Certified Copy - Other - $11.00 plus 50 cents per page: _____

✗ Other: Copies of docs.

RECEIVED NOV - 8 2021 BANKRUPTCY COURT BUFFALO, N.Y.

*If case file is stored with Federal Records Center, $64.00 retrieval fee due for first box, $39.00 for additional boxes.

## Please choose a form of payment: (Part 3, Required)

✓ **Credit Card via pay.gov.** [Signature is Required.] I hereby authorize the U.S. Bankruptcy Court for the Western District of New York to charge my Electronic Case Filing account for payment of fees, costs, and expenses which are incurred by the delivery of the services requested above. I will receive an email indicating that the service is ready and that my account has been charged. I understand that I will have 48 hours to pay the fee, or my Electronic Case Filing account will be locked until payment is received.

_____          _____
Date                     Signature

_____ **Credit Card.** Accepted at the Intake Counter in the Buffalo & Rochester Offices. Credit transactions will not be accepted from current debtors.

_____ **Check or Money Order.** Personal checks will not be accepted from current debtors.

_____ **Cash.** Accepted in the Buffalo Office only (Exact change required). Do not send cash in the mail.

## Trustees:

_____ Certificate of Trustee Intent to Sell. Circle One: Public Auction or Private Sale
   Property: _____

_____ Certificate of Trustee Intent to Abandon.
   Property: _____

_____ Certificate of Trustee Appointment.

(rev. 4/3/15)